# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2016

154218

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* B. S. POLLARD, Minor.

SC: 154218
COA: 33135
Wayne CC Family Division:
15-520035-NA

_____/

On order of the Court, the application for leave to appeal the July 12, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2016



Clerk

p0906